UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/10/2018_

VICTOR PEREZ,

        Petitioner,

-against-

HAROLD GRAHAM, Superintendent,

        Respondent.

16 Civ. 2977 (AT) (OTW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

On April 21, 2016, Petitioner, Victor Perez, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (the "Petition"). ECF No. 2. On June 14, 2016, the Court referred the matter to the Honorable Debra C. Freeman. ECF No. 9. On March 5, 2018, the matter was re-assigned to the Honorable Ona T. Wang. *See* 3/5/2018 Docket Entry.

After careful consideration, Judge Wang issued a Report and Recommendation ("R & R"), recommending that the Petition be denied. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Dunham v. City of New York*, No. 11 Civ. 1223, 2013 WL 929029, at *1 (S.D.N.Y. Mar. 11, 2013). The Court finds no clear error. Accordingly, the Court ADOPTS the R & R in its entirety. The Petition is DENIED.

The Clerk of Court is directed to close the case and to mail a copy of this order to *pro se* Petitioner.

        SO ORDERED.

Dated: August 10, 2018
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge